JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia Anne Orozco,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Frank Bisignano, COMMISIONER OF SOCIAL SECURITY[1],<br><br>　　　　Defendant. | Case No. 4:25-cv-04144-HSG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from August 11, 2025 to October 10, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

     This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. . For the weeks of August 11, 2025 and August 18, 2025, Plaintiff's Counsel has eighteen merit briefs.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                Respectfully submitted,

Dated: July 28, 2025      PENA & BROMBERG, ATTORNEYS AT LAW

                By: /s/ Jonathan Omar Pena
                    JONATHAN OMAR PENA
                    Attorneys for Plaintiff

Dated: July 26, 2025      CRAIG H. MISSAKIAN
                    United States Attorney
                    MATHEW W. PILE
                    Associate General Counsel
                    Office of Program Litigation
                    Social Security Administration

                By:  */s/ Erin  Highland
                    Erin  Highland
                    Special Assistant United States Attorney
                    Attorneys for Defendant
                    (*As authorized by email on _____)

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 7/28/2025

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT COURT JUDGE